UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

In re:

**KEITH FOGEL**

Debtors

Case No. **10-38010 TBM**

Chapter 13

_____

**MOTION FOR ENTRY OF ORDER:
1) REINSTATING DEBTOR'S DISMISSED CASE;
2) WAIVING FINANCIAL MANAGEMENT COURSE REQUIREMENT;
3) WAIVING CERTIFICATION TO OBTAIN DISCHARGE; AND
4) FOR ENTRY OF DISCHARGE OF DEBTOR**

_____

COMES NOW the above-named Debtor (through Joanie Fogel, wife and Personal Representative of the Debtor's estate), and by and through his attorney, Mark E. Henze of Henze & Associates, P.C., and hereby moves this Court for the entry of an Order reinstating this currently dismissed case; waiving the Debtor's (decedent's) Financial Management Course Requirement, waiving the requirement for the Debtor to file a Certification to Obtain Discharge pursuant to 11 U.S.C. §1328; and entering an order of Discharge.

AS GROUNDS THEREFOR, Debtor states as follows

1. Debtor, Keith Fogel, passed away on February 24, 2011 prior to completion of his Financial Management Course and prior to his filing of a Certification to Obtain Discharge pursuant to 11 U.S.C. §1328.

2. Debtor's wife, Joanie Fogel, has been appointed as Personal Representative of the Debtor's estate and said estate remains open, waiting to be closed after final orders are entered in this case.

3. On or about January 27, 2014, Debtor (through his estate's Personal Representative) after completing all of the Debtor's plan payments, filed a motion requesting an order waiving the Financial Management Course requirement and waiving the Certification to Obtain Discharge. On April 1, 2014, the Court (ABC) denied the motions and sua sponte dismissed the case.

4. Debtor file a motion for reconsideration which was denied and then filed an appeal with the U.S. District Court for the District of Colorado (Case No. 14 CV 01851 PAB).

5. On August 25, 2015, Judge Philip A. Brimmer issued an Order in the appellate case reversing the Court's dismissal of the case and reversing the denial of the motion to waive the Financial Management Course requirement. The Court further remanded the case for further proceedings consistent with the opinion.

      6.      Based upon the foregoing and the Order entered by the U.S. District Court Management Course requirement, Debtor, by and through his Personal Representative requests the entry of an order 1) reinstating debtor's dismissed case; 2) the waiving financial management course requirement; 3) waiving certification to obtain discharge, or in the alternative allowing the Personal Representative to sign the same on behalf of the Debtor; and, entering a discharge an behalf of the debtor.  In the alternative, Debtor would request an appropriate hearing date for this court to determine pursuant to Fed. R. Bankr. P. 1016 whether or not further administration of the plan and this case is possible and in the best interest of the parties, thereby leading to the entry of a Discharge Order.

      WHEREFORE, the Debtor, by and through his Personal Representative, requests that this Court enter Orders are requested herein, or in the alternative to schedule an appropriate hearing to determine any remaining matters in this case consistent with the U.S. District Court's opinion.

      Henze & Associates, P.C.

Dated:  October 9, 2015

/s/ Mark E. Henze\
Mark E. Henze                    #10939\
Attorney for the Debtor\
12510 E. Iliff Avenue, Suite 110\
Aurora, Colorado  80014\
Tele: 303-830-2811 / Fax: 720-744-0811

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that he/she served a true and correct copy of the Motion to by placing a true and correct copy of the same in the United States Mail, first class postage pre-paid this 9th day of October, 2015 to the following:

Joanie Fogel\
Estate of Keith Fogel\
2887 Winter Gulch Road\
Evergreen, CO  80439

Sally J. Zeman, Esq.\
Chapter 13 Trustee\
P.O. Box 1169\
Denver, CO  80201

Andrew Trexler, Esq.\
7887 E. Belleview Ave., Suite 1100\
Englewood, CO 80111

Regina Ries\
1625 Broadway, Ste. 200\
Denver, CO 80202

Deanna Westfall
Castle Stawiarski, LLC
999 – 18th Street, Suite 2201
Denver, CO  80202

Holly L. Decker
Dale & Decker, LLC
2 Inverness Drive East, Suite 105
Englewood, CO  80112

Ascension Capital Group, Inc.
Attn:  Compass Bank Department
P.O. Box 201347
Arlington, TX  76006

Kerri Klein
Poskus, Caton & Klein, P.C.
303 E. 17th Avenue, Suite 900
Denver, CO   80203

\s\ Mark E. Henze_____
Mark E. Henze