UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

In re:

**KEITH FOGEL**

Debtor

Case No. **10-38010 TBM**

Chapter 13

ORDER GRANTING DEBTOR'S
MOTION TO WAIVE FINANCIAL MANAGEMENT COURSE
REQUIREMENT AND TO WAIVE CERTIFICATION TO OBTAIN DISCHARGE

THIS MATTER having come before the Court, with no objection or response being filed by any party, and the Court being advised in the premises;

DOTH ORDER that the within case is hereby reinstated;

IT IS FURTHER ORDERED that the Debtor, Keith Fogel (decedent), is hereby exempted pursuant to the terms of 11 U.S.C. §109(h)(4) from the requirement that he complete a financial management course prior to obtaining a discharge;

IT IS FURTHER ORDERED that pursuant to the Motion and the statements of the estate of the decedent, that Debtor, Keith Fogel (decedent), is further exempted from the requirement to file a Certification to Obtain Discharge and that the information provided is sufficient to permit the Chapter 13 Trustee to at this time certify this case for Discharge and that a Discharge may so enter.

BY THE COURT:

_____
Honorable Thomas B. McNamara
United State Bankruptcy Court Judge